Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40173.**—Protests 960025–G, etc., of C. H. Arnold & Co. et al. (New York).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40174.**—Protests 962443–G, etc., of Acker Merrall & Condit Co. et al. (New York).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.

DECEMBER 13, 1938

**No. 40175.**——Protests 891302–G, etc., of Heymann Products Co. et al. C. D. 53. Application by plaintiffs for rehearing denied.

DECEMBER 14, 1938

**No. 40176.**— 885832–G (B), etc., of Chas. Kalb, Inc., et al. Abstracts 39901/3. Applications by Government for rehearing denied.

**No. 40177.**——Protests 851311–G, etc., of A. W. Fenton Co. Abstract 39621. Application by plaintiff for rehearing denied.

DECEMBER 16, 1938

**No. 40178.**——Protests 942190–G, etc., and 938275–G (B) of Enzinger Union Corp. Abstracts 39722 and 39734. Application by plaintiff for rehearing granted.

DECEMBER 19, 1938

**No. 40179.**— 631244–G, etc., of Max M. Cooper, Inc., et al. Abstract 39900. Application by Government for rehearing denied.

**No. 40180.**— 577825–G, etc., of Jacob Benjamin et al. Abstract 39904. Application by Government for rehearing denied.

**No. 40181.**— 507226–G, etc., of Dodwell & Co., Ltd., et al. Abstract 39905. Application by Government for rehearing denied.

**No. 40182.**— 471873–G, etc., of Essenfeld & Co. et al. Abstract 39907. Application by Government for rehearing denied.

DECEMBER 14, 1938

**No. 40183.**—SUIT 4084.—
*Patten, Mackenzie & Co. et al.* v. *United States.* T. D. 48666. Appeal dismissed.